IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02607-WYD-CBS

LAUREL BOND,

      Plaintiff,

v.

COBE CARDIOVASCULAR, INC., as Plan Administrator and Plan Sponsor of the Short Term Disability Plan, and as Plan Administrator and Plan Sponsor of the Group Long Term Disability Insurance for Employees of COBE Cardiovascular, Inc.,

      Defendant.

## ORDER OF RECUSAL

      This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant Cobe Cardiovascular, Inc.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

      ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

      Dated:  January 16, 2007

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge