**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 06-cv-02607-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** May 4, 2007 | **Courtroom Deputy:** Valeri P. Barnes |

| | |
|---|---|
| LAUREL BOND, | John Olsen |
| Plaintiff, | |
| v. | |
| COBE CARDIOVASCULAR, INC., as Plan Administrator and Plan Sponsor of the Short Term Disability Plan, and as Plan Administrator and Plan Sponsor of the Group Long Term Disability Insurance for Employees of COBE Cardiovascular, Inc., | Charles Weese, III |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** **RULE 16(b) SCHEDULING CONFERENCE**

**9:11 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff's Motion to File First Amended Complaint **(17)** is **granted.** The Amended Complaint **(15)** is **accepted** as filed.

**HEARING:**
Scheduling Conference continued to **May 9, 2007, at 3:30 p.m.**

Mr. Olsen shall make available all 26(a) disclosure materials, including any paperwork regarding application for long term disability benefits.

Mr. Weese shall inspect and/or obtain copies of the 26(a) disclosure materials by close of business on May 7, 2007.

**9:34 a.m.**      **Court in recess/hearing continued.**

Total in-court time: 00:23